# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

JENY LETICIA SOTO DUENOS #A099-672-392          CASE NO.  6:26-CV-00869 SEC P

VERSUS                                          JUDGE EDWARDS

IMMIGRATION & CUSTOMS ENFORCEMENT               MAG. JUDGE DAVID J. AYO

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

THUS DONE in Chambers on this 15th day of June, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE